UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                              :

JESSICA KARIM, *on behalf of herself and all others*
*similarly situated*,                              :

                              :

                 Plaintiff,        :            24-CV-2454 (JMF)

                              :

        -v-                       :            <u>ORDER</u>

                              :

ANDERSON DESIGN GROUP, INC.,        :

                              :

                 Defendant.       :

                              :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 1, 2024, Plaintiff filed her Complaint with the Court.  ECF No. 1.  The Court referred the case to the assigned Magistrate Judge for General Pretrial purposes.  ECF No. 5.  On May 9, 2024, Magistrate Judge Stein granted Defendant's request for an extension of time until May 29, 2024, to answer the Complaint.  ECF No. 12.  Defendant failed to answer the Complaint by the deadline.  Only after the Court invited Plaintiff to move for default judgment nearly three weeks later, ECF No. 13, did Defendant file an Answer, ECF No. 14.

      Although Defendant's Answer is untimely — and defense counsel did not even both to explain, let alone justify, the delay — Plaintiff reports that she does "not intend to pursue [default judgment] at this time."  ECF No. 15.  In light of that, and the presumption in favor of adjudication on the merits, the Court EXTENDS, *nunc pro tunc*, Defendant's deadline to answer to June 18, 2024, and thus vacates the Court's June 17, 2024 Order inviting Plaintiff to move for default judgment, ECF No. 13.  The case remains assigned to Magistrate Judge Stein for General Pretrial purposes, so the Court will leave the next steps in the case to him.

      The Court cautions defense counsel (who has been cautioned by the Court several times before in other cases) that future failures to abide by Court orders and deadlines will result in sanctions.

      SO ORDERED.

Dated: June 20, 2024
      New York, New York

                                                                   _____
                                                   JESSE M. FURMAN
                                              United States District Judge